THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Marvin Colclough, Appellant.
 
 
 

Appeal From Sumter County
George C. James, Jr., Circuit Court Judge
Unpublished Opinion No. 2009-UP-460
Submitted October 1, 2009  Filed October
 12, 2009   
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor C. Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Marvin
 Colclough appeals his guilty pleas for armed robbery and possession of a
 firearm during a violent crime.  On appeal, Colclough argues his guilty plea
 did not comply with the mandates set forth in Boykin v. Alabama, 395
 U.S. 238 (1969).  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.
Huff, Thomas, and Pieper, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.